# United States District Court
# Eastern District of Wisconsin

Alfonso Lowe Sr.

_____
(Full Name of Plaintiff or Plaintiffs)

vs

Tramont Corporation

Juby Rutledge

Steve Miller

_____
(Full Name of Defendant or Defendants)

'07 JUN 25 A9:46

No. **07-C-0580**
(Supplied by Clerk)

**COMPLAINT**

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
      ☐ YES    ☒ NO

   B. Have you begun other lawsuits in state or federal court?
      ☒ YES    ☐ NO

   C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

      1. Parties to the previous lawsuit

         Plaintiff(s) Alfonso Lowe Sr.

         Defendant(s) Tramont Corporation and William Menzel

      2. Court in which lawsuit brought (if federal court, name district: if state court, name the county) Eastern District of Wisconsin

3. Docket number __05-C-0637__

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? __withdraw charge and it was dismissed__

5. Approximate date of filing lawsuit __July 9, 2004__

6. Approximate date of disposition __January 19, 2006__

## II. PARTIES

A. Your name (PLAINTIFF) __Alfonso Lowe Sr.__

B. Your Address __6350 Plaza Cir. Brown Deer, Wi. 53223__

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) __TRAMONT CORP__

D. Defendants address __3701 N Humboldt Blvd. Milwaukee, Wi. 53212__

E. Additional DEFENDANTS (names and addresses) __Juby Rutledge__
__Steve Miller__
__3701 N Humboldt Blvd Milwaukee, Wi. 53223__

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate *numbered* paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: I Alfonso Lowe, filed previous statements against Tramont of discrimination and harassment. Tramont and I reached a settlement on January 19, 2006, which the terms stated that there would not be any retaliation against me. But, since then I have filed a new harassment, discrimination and also retaliation against Tramont. After the first agreement was filed and settled Tramont management began at the end of May 2006 to start unfair treatment of me all over again. I have a right to file charges with the EEOC without constant harassment and demotion. While I am being treated unfairly other employees continue to get promoted by Tramont management who have threaten to do me bodily harm. Tramont management tried to fire me with false charges on 10-10-2005. Judy Rutledge and Cleveland Baker, they filed false charges against me and solicited other employees to lie for them against me. One of the employees Joseph Smith was threaten

**STATEMENT OF CLAIM CONTINUED** with termination of missed days if he didn't lie. Due to all of this unfair treatment, I have been very much stressed out. My doctor at the VA Hospital has been treating me for PTSD, post traumatic stress disorder. I have been having anxiety attacks, I can't sleep due to this unfair treatment of me. I am on several different kinds of medication due to this stressful situation cause by Tramont management.

I Alfonso Lowe, have been welding for 38 years and I know that I am a master in my craft. Since 2001 I have worked for Tramont doing an excellent job which the company has given me a promotion for and also letters of appreciation for outstanding work and job dedication.

STATEMENT OF CLAIM CONTINUED

Other than discilpine for attendance due to having been ill, I have had no previous discipline until I filed an EEOC charge.

END STATEMENT OF CLAIM

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

I would like to stop being harassed and discriminated against by Tramont management. This I wish for me and all other employees who wish to file an EEOC complaint. I would like to be compensated for lost wages due to the demotion, and my back pay for my filed disability. I would like payment for all my medical bills due to stress. I would like the retaliation to stop immediatly, and I would like a monetary award for the excessive stressful pain that I am suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ , _____.

_____

_Alonso Lowe Sr._
(Signature of Plaintiff(s))

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 443-2006-03492 |

Wisconsin Equal Rights Division and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Alfonso Lowe | (414) 586-0645 | ▇▇▇▇1953 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6350 West Plaza Drive, Brown Deer, WI 53223 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TRAMONT | 101 - 200 | (414) 967-8800 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3701 North Humbolt Avenue, Milwaukee, WI 53210 | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-22-2006    Latest: 08-16-2006

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I began employment with Tramont on August 27, 2001 as a Welder and later became a Welder Fabricator. On June 22, 2006 I received a written warning. I did not harass an employee. Rather, he cursed at me and threatened me. On August 16, 2006 I received another written warning. I did not leave the building. I looked out a window and noticed someone in the company parking lot near my car. I thought the person might try to steal my car or break in, so I walked to the doorway and watched him until he walked away from my car. The employees who said they saw me leave were not in a position to do so – they would have had to see through a wall. I believe this is harassment because I previously filed a charge against the company – 260-2004-06647 – and then filed a lawsuit against the company in federal court pursuant to this charge. The company agreed to stop harassing me if I dropped the suit, so I dropped it. Then after a while they started harassing me again with these written warnings.

II. Judy Rutledge, VP of HR, indicated I received one warning for harassing an employee and the other warning for leaving the building for 5 minutes.

III. I believe that Tramont has discriminated against me, in violation of Title VII of the Civil Rights Act of 1964, as amended, including Section 704(a), by disciplining me in retaliation for filing an EEOC charge and then a lawsuit against the company.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Sep 22, 2006
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
*Alfonso Lowe Sr*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
092206  *Kevin Gleeson*

Case 2:07-cv-00580-CNC    Filed 06/25/07    Page 7 of 7    Document 1